No. 70–87. POLICE DEPARTMENT OF THE CITY OF CHICAGO ET AL. v. MOSLEY. C. A. 7th Cir. Certiorari granted. Case consolidated with No. 70–5106 [*Grayned* v. *City of Rockford,* probable jurisdiction noted, *supra*] and a total of one hour allotted for oral argument.

No. 70–267. NATIONAL LABOR RELATIONS BOARD v. SCRIVENER, DBA AA ELECTRIC Co. C. A. 8th Cir. Motion to dispense with printing respondent's brief and certiorari granted.

No. 70–130. UNITED STATES v. SCOTLAND NECK CITY BOARD OF EDUCATION ET AL.; and

No. 70–187. COTTON ET AL. v. SCOTLAND NECK CITY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari granted. Cases consolidated and a total of one and one-half hours allotted for oral argument. Reported below: 442 F. 2d 575.

No. 70–5112. WEBER v. AETNA CASUALTY & SURETY Co. ET AL. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 70–5122. DUNCAN v. TENNESSEE. Sup. Ct. Tenn. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 70–5388. LOPER v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition which reads as follows:

"1. Does the use of prior, void convictions for impeachment purposes deprive a criminal defendant of due process of law where their use might well have influenced the outcome of the case?"